IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY ALFORD, ) | No. C 11-01093 JF (PR) |
| Petitioner, ) | ORDER OF DISMISSAL |
| vs. ) | |
| PATTON STATE HOSPITAL, ) | |
| Respondent. ) | |

On March 8, 2011, Petitioner, a prisoner at the Los Angeles County Jail, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The same day, the Clerk of the court sent Petitioner a notice that his petition was deficient because he had failed to pay the filing fee or file an In Forma Pauperis ("IFP") Application. (Docket No. 2.) The notice directed Petitioner to pay the fee or file an IFP application within thirty days of the date of the notice. (Id.) A stamped copy of the petition mailed to Petitioner was returned as undeliverable on April 11, 2011. (Docket No. 3.) On May 6, 2011, the Clerk's notice was returned as undeliverable with a note on the envelope, "Released 5/2." (Docket No. 4.) As of the date of this order, Petitioner has not filed a notice of change of address or submitted any further pleadings in this case.

Order Terminating Motion
P:\PRO-SE\SJ.JF\HC.11\01093Alford_dism3-11.wpd

1   Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must
2   promptly file a notice of change of address while an action is pending. See L.R. 3-
3   11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail
4   directed to the pro se party by the Court has been returned to the Court as not
5   deliverable, and (2) the Court fails to receive within sixty days of this return a
6   written communication from the pro se party indicating a current address. See L.R.
7   3-11(b).

8   More than sixty days have passed since the mail addressed to Petitioner was
9   returned as undeliverable. The Court has not received a notice from Petitioner of a
10  new address. Accordingly, the instant civil rights action is DISMISSED without
11  prejudice pursuant to Rule 3-11 of the Northern District Local Rules.
12  The Clerk shall terminate any pending motions.
13  IT IS SO ORDERED.
14  DATED: 7/7/11

JEREMY FOGEL
United States District Judge

Order Terminating Motion
P:\PRO-SE\SJ.JF\HC.11\01093Alford_dism3-11.wpd        2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICKY ALFORD,

        Petitioner,

v.

PATTON STATE HOSPITAL,

        Respondent.

Case Number: CV11-01093 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/14/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rickey Alford Bk No. 2305143
Los Angeles County Jail
441 Bauchet Street
3100/A-26
Los Angeles, CA 90012

Dated: 7/14/11

        Richard W. Wieking, Clerk